**Richard M. HARRIS, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

March 26, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**